

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Appellant's Motion for Extension of time to File Appellant's Motion for Rehearing and Motion for Rehearing En Banc is hereby GRANTED. The appellant's motion for rehearing and motion for en banc reconsideration are due on or before December 10, 2021.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court